# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 15, 2012

No. 11-50568

Lyle W. Cayce
Clerk

RON WALDEN,

Plaintiff - Appellant

v.

TYSON FOODS, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:10-CV-497

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal on the basis of the briefs, oral argument, and the record and finds no reversible error of fact or law in the district court opinion. The court's determination that no <u>genuine</u> issue of material fact was raised about the date on which Walden signed the Acceptance and Waiver agreement is supported by the record. We need not reach the other issues. The grant of summary judgment is **AFFIRMED**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.